IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MALIYA SAYLES-NIXON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-2051-B-BN |
| | § | |
| UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, ET AL., | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER EXTENDING DEADLINES

The Court GRANTS Plaintiff Maliya Sayles-Nixon's motion for extension [Dkt. No. 25] to the extent that it extends to **November 3, 2026** Plaintiff's deadline to file a response to Defendants' motion to dismiss the amended complaint and to **November 17, 2026** Defendants' deadline to file a reply brief.

SO ORDERED.

DATED: October 20, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE